FILED
AUG 30 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CARLOS D. JOHNSON,                ) Case No. CV 12-4894-GHK (MLG)
                                  )
        Petitioner,               ) ORDER ACCEPTING FINDINGS AND
                                  ) RECOMMENDATIONS OF UNITED STATES
        v.                        ) MAGISTRATE JUDGE
                                  )
RAUL LOPEZ, Warden,               )
                                  )
        Respondent.               )
_____)

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated:  8/30/12

/s/ _____
George H. King
United States District Judge

1