FILED

AUG 30 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CARLOS D. JOHNSON,<br><br>       Petitioner,<br><br>       v.<br><br>RAUL LOPEZ, Warden,<br><br>       Respondent. | Case No. CV 12-4894-GHK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: _____8/30/12_____

_____
George H. King
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1